# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**SASHA THOMAS,**
*Individually, and on behalf of herself and others similarly situated,*

Plaintiff,

v.                                                          No. 2:20-cv-02040

**AMISUB SFH, INC,** d/b/a
**ST. FRANCIS HOSPITAL**                                   **FLSA Collective Action**
                                                            **JURY DEMANDED**
Defendant.

## NOTICE OF SETTLEMENT

Pursuant to Local Rules, the parties notify the Court that they have reached an agreement in principle resolving the claims set forth in the complaint. The parties are working to draft and finalize the settlement agreement. The parties anticipate they will need an additional thirty (30) days from the date of this Notice to draft and finalize the settlement agreement and file appropriate documents dismissing this case. Accordingly, the parties request the Status Conference set for February 3, 2021 be canceled.

Dated: February 2, 2021.                *s/ Robert E. Turner, IV*
                                                       Gordon E. Jackson (TN BPR #08323)
                                                      J. Russ Bryant (TN BPR #33830)
                                                      Robert E. Turner, IV (TN BPR #35364)
                                                      Nathaniel A. Bishop (TN BPR #35944)
                                                      JACKSON, SHIELDS, YEISER & HOLT
                                                      Attorneys at Law
                                                      262 German Oak Drive
                                                      Memphis, Tennessee 38018
                                                      Tel: (901) 754-8001
                                                      Fax: (901) 759-1745
                                                      gjackson@jsyc.com
                                                      rbryant@jsyc.com
                                                      rturner@jsyc.com
                                                      nbishop@jsyc.com

                                                      *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have 2nd day of February, 2021 caused this Notice of Settlement to be filed via the Court's electronic case filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties.

                                                             *s/ Robert E. Turner, IV*