# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**SASHA THOMAS,**
*Individually, and on behalf of herself and others similarly situated,*

 **Plaintiff,**

v.                    **Case No. 2:20-cv-02040-JTF-tmp**

**AMISUB SFH, INC., D/B/A
ST. FRANCIS HOSPITAL,**

 **Defendants.**

# JUDGMENT

 Decision by Court.   This action came for partial consideration before the Court. The issues described below have been duly considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that the claims between Plaintiff Sasha Thomas, and Defendant Amisub SFH, Inc., d/b/a St. Francis Hospital are dismissed with prejudice in accordance with the Joint Stipulation of Dismissal, filed by the parties on March 15, 2021 and the Order Dismissing With Prejudice Plaintiff's Claims Against Defendant Amisub SFH, Inc., d/b/a St. Francis Hospital, entered by this Court on March 16, 2021.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.             THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE        CLERK


March 16, 2021                   s/LaFonda Willis
DATE                      (BY) LAW CLERK